# Court of Appeals
# of the State of Georgia

ATLANTA,  March 09, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0863.  OTERO v. THE STATE.**

William Therell Otero and the State have filed a consent motion asking that we remand this case to the trial court for a modification of Otero's sentence pursuant to OCGA § 17-10-1 (f).  Accordingly, we hereby **REMAND** the case to the trial court.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*  *03/09/2017*
 *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ , *Clerk.*